# United States District Court

District of Utah

KRISTOPHER CHADWICK,
individually and on behalf of others
similarly situated,

        Plaintiff,

v.

BONNEVILLE BILLING AND
COLLECTIONS, INC.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:20-CV-132-TS

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant on Plaintiff's claims, which are dismissed without prejudice.

March 25, 2021
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge